■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL S. BELL, Appellant. [919 NYS2d 457]—

Present—Smith, J.P., Fahey, Carni, Lindley and Gorski, JJ.